# Exhibit L

9/23/25, 4:17 PM    Transpire Bio Achieves Important Corporate Milestone with Dosing of First Human Subject in the Company's Asthma and Chronic …





(https://www.transpirebio.com)



## News

## Transpire Bio Achieves Important Corporate Milestone with Dosing of First Human Subject in the Company's Asthma and Chronic Obstructive Pulmonary Disease Inhaled Drug Program

Transpire Bio, a development-stage pharmaceutical company focused on developing inhaled therapeutics for pulmonary and systemic diseases, has today announced a definitive agreement with INTO (Inhalation Together) to develop TRB-5, TRB-6 and TRB-7, inhaled medicines for the treatment of asthma and Chronic Obstructive Pulmonary Disease (COPD). INTO is an alliance in the field of inhalation product development to provide formulation services for respiratory products.

"The dosing of the first human subject in our asthma and COPD inhaled drug program is an important milestone for Transpire Bio and represents a significant step toward our goal of becoming a world-leading inhalation medicines company," said Xian-Ming Zeng Ph.D., CEO of Transpire Bio. "We believe that our special expertise in developing medicines via inhalation uniquely situates Transpire Bio for continued success in its mission to bring new therapies to patients."

"The dosing of the first human subject in our asthma and COPD inhaled drug program is an important milestone for Transpire Bio and represents a significant step toward our goal of becoming a world-leading inhalation medicines company," said Xian-Ming Zeng Ph.D., CEO of Transpire Bio. "We believe that our special expertise in developing medicines via inhalation uniquely situates Transpire Bio for continued success in its mission to bring new therapies to patients."

## About Transpire Bio

Transpire Bio Inc. is an integrated US-based, clinical-stage biopharmaceutical company headquartered in Weston, Florida. Transpire Bio harnesses its inhaled drug delivery expertise to improve patients' lives by expanding access to important therapies and developing treatments for serious diseases where therapeutic options are significantly lacking. Transpire Bio is developing multiple proprietary inhalation technology platforms, including dry powder inhalers, metered-dose inhalers, and soft-mist inhalers.

## Contact Information

Corporate, info@transpirebio.com, +1 954.908.2233.
Investors, Jeremy Feffer, Managing Director, LifeSci Advisors, jfeffer@lifesciadvisors.com.

**INNOVATION**
Our Platforms
Our Pipeline
Our Capabilities
Why Inhalation

**COMPANY**
For Partners
For Investors
Leadership Team
Contact Us
News
Careers

**LEGAL**
Privacy Policy
Trademark Policy
Terms of Use

Delivering Breaths for Life™

Follow us on [LinkedIn]

© 2025 Transpire Bio Inc. All Rights Reserved.